UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ALBERTO REYES JR.,

                            Plaintiff,

    -against-

APEX FINANCIAL MANGEMENT,

                         Defendant(s).
-------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 07 2011 ★
LONG ISLAND OFFICE

Civil Action No.: 11 CV 5316

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i), plaintiff Alberto Reyes Jr., by his counsel, hereby gives notice that the above captioned action is voluntarily dismissed against the Defendant Apex Financial Mangement.

Dated: December 1, 2011
       New York, New York

For:  **Alberto Reyes Jr.**

By: _____
M. Harvey Rephen, Esq.
Law Offices of M. Harvey Rephen & Associates, P.C.
708 Third Avenue, 6th Floor
New York, New York 10017
Phone: (212) 796-0930

SO ORDERED

By: s/Leonard D. Wexler
Hon. LEONARD D. WEXLER, USDJ

Dated: Central Islip, NY
12/7/11

**MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT.**